W. G. SHIREY et ux. (Mrs. Murrell Adams et al.) v. WEST TEXAS CONSTRUC-TION COMPANY.

No. 1903—6439.

Commission of Appeals of Texas, Section A.
Oct. 30, 1935.

G. W. Dunaway and T. D. Kimbrough, both of Midland, for plaintiffs in error.

Goggans & Ritchie and Mart W. Reeves, all of Dallas, for defendant in error.

HICKMAN, Commissioner.

For the opinion of the Court of Civil Appeals in this case, see West Texas Construction Co. v. Adams, 54 S.W.(2d) 547. We have carefully considered the record and find that each question presented was correctly decided by that court. To the authorities there cited on the question of the validity of the assessment we add Griffin v. City of Waxahachie (Tex. Com. App.) 276 S. W. 201. A further discussion of the case would serve no useful purpose.

The judgment of the Court of Civil Appeals is affirmed.

Opinion adopted by the Supreme Court.

Lazaro ALVARADO v. STATE.

No. 17699.

Court of Criminal Appeals of Texas.
Oct. 30, 1935.

Wright Stubbs, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for assault with intent to rape; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. There is no statement of the facts heard upon the trial, and no fault in the procedure has been perceived or pointed out.

The judgment is affirmed.

Murray BARBER v. STATE.

No. 17729.

Court of Criminal Appeals of Texas.
Nov. 6, 1935.

Chas. J. Greenly, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully carrying knuckles; penalty assessed at confinement in the county jail for one month.

The record is before us without statement of facts and bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

Emmitt CANADA v. STATE.

No. 17925.

Court of Criminal Appeals of Texas.
Nov. 6, 1935.

R. E. Eubank and Grady Hudson, both of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.